**\*\* E-filed May 5, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW BURNETT,<br><br>　　　　Plaintiff,<br>　v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>　　　　Defendants. | No. C10-01903 HRL<br><br>**INTERIM ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**[Re: Docket No. 2]** |

Before the court is plaintiff Andrew Burnett's Application to Proceed In Forma Pauperis. However, the court cannot make a determination on his application at this time because it is incomplete. If plaintiff wishes to have the court consider his application further, he must submit a new application by **May 19, 2010** that includes all requested information, including specific information about his monthly expenses and other debts.

**IT IS SO ORDERED.**

Dated: May 5, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-01903 HRL Notice will be sent by alternative means to:**

Andrew Burnett
c/o 1031 Big Sandy Creek Lane
Morgan, GA 30650

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California

2