**\*\* E-filed July 2, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW BURNETT,<br><br>　　　　Plaintiff,<br>　v.<br><br>CITY OF SANTA CLARA, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C10-01903 HRL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CHANGING DEADLINES**<br><br>**[Re: Docket Nos. 3 & 21]** |

Upon filing, this case was scheduled for an Initial Case Management Conference on July 20, 2010 and had ADR deadlines set for June 29, 2010. (Docket No. 3.) To date, however, only two of the eight defendants have been served with the complaint, and ADR deadlines have passed without full compliance. (Docket No. 21.) In light of these issues, Plaintiff now requests a continuance of these deadlines and the Initial Case Management Conference. Good cause appearing, the Initial Case Management Conference is continued to **September 21, 2010 at 1:30 p.m.** in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113. The parties shall complete ADR requirements by **August 31, 2010** and shall file a Joint Case Management Statement by **September 14, 2010.**

　　　　**IT IS SO ORDERED.**

Dated: July 2, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-01903 HRL Notice will be electronically mailed to:**

Aryn Paige Harris       aryn.harris@cco.sccgov.org, anna.espiritu@cco.sccgov.org

**Notice will be provided by other means to:**

Andrew Burnett
c/o 1031 Big Sandy Creek Lane
Madison, GA 30650

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**